# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Qwinstar Corporation,

    Plaintiff,

v.

Curtis Anthony, and Pro Logistics, LLC,

    Defendants.

Civ. No. 15-2343 (PAM/BRT)

**ORDER**

    The parties directed emails to the undersigned following the issuance of Judge Magnuson's letter order dated March 1, 2019 (Doc. No. 235), re-raising issues about whether the deposition of Curtis Anthony needs to be taken in person and asserting the unavailability of Anthony's counsel on March 11 and 12 to travel for an in-person deposition.

    This Court will not revisit Judge Magnuson's order. Ms. Smith is required to submit a letter with an attached doctor note, and may do so *in camera* to Judge Magnuson's chambers. While it has been several days since Judge Magnuson issued his order, Ms. Shannon submitted an affidavit by email at 4:41 p.m. on March 5, 2019. Ms. Shannon has not provided enough detail to show the nature of the multiple conflicts that prevent her from rearranging her schedule to cover the deposition in person, if Ms. Smith cannot travel. Ms. Shannon should rearrange things to accommodate the deposition as scheduled, in person.

    If she cannot, this Court will extend the deadline for Mr. Anthony's deposition until the end of March so that Ms. Shannon can plan to take it in person, given the

uncertainty of Ms. Smith's health. The contours of the extension assumes that Mr. Anderson is available between March 13 and March 31; however, if the deposition is rescheduled, Defendants must pay Plaintiff Qwinstar's costs and fees associated with the rescheduling.

Date: March 7, 2019

*s/ Becky R. Thorson*
BECKY R. THORSON
United States Magistrate Judge